# Court of Appeals
# of the State of Georgia

ATLANTA,  April 01, 2019

*The Court of Appeals hereby passes the following order:*

## A19D0378.  MICHAEL DARNELL PARSON v. THE STATE.

Michael Darnell Parson was convicted of several offenses including criminal attempt to commit murder, and this Court affirmed his convictions in an unpublished opinion.  See *Parson v. State*, Case No. A16A0608 (decided June 21, 2016).  Parson subsequently filed an Extraordinary Motion for New Trial.  The trial court denied the motion and, on March 7, 2019, Parson filed this application for discretionary review of the trial court's order.[1]  We lack jurisdiction.

The application materials show that Parson has failed to submit a file-stamped copy of the order he seeks to appeal, in violation of Court of Appeals Rule 31 (c). Consequently, on March 13, 2019, we ordered Parson to supplement his application within ten days with a stamped "filed" copy of the order to be appealed.  We indicated that failure to comply with this directive would result in dismissal of the application. Without the stamped "filed" copy of the order, we cannot ascertain if the application was filed within 30 days, which is a jurisdictional requirement.[2]  See OCGA § 5-6-35 (d); *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).  Parson has failed

---

[1] Parson attempted to file his application earlier, but the Court was unable to accept the filing because it did not contain the order to be appealed or a certificate of service.  See Court of Appeals Rule 31 (c) (applications must include stamped "filed" copy of order to be appealed) & Court of Appeals Rule 6 (f) (any document without a certificate of service shall not be accepted for filing).

[2] Although the order included with the application does not contain a stamped "filed" date, it was signed by the judge on January 11, 2019.  Based on that date, the application is untimely.

to comply with this directive and more than ten days have passed since the March 13, 2019 order.  Accordingly, Parson's application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,  04/01/2019*
       *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*